# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00420-CV

### Richard Cheroske; David Penny; Blue Castle Property Management, LLC; 190 Orange Avenue; and Jean Stanzick, Appellants

**v.**

### El Patio, LLC d/b/a El Patio Motel, Appellee

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
NO. B-09-0977-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee El Patio, LLC d/b/a El Patio Motel filed a notice of appellant 190 Orange Avenue's bankruptcy with this Court (*In re: 190 Orange Avenue a/k/a 190 Orange Avenue, Inc.*, United States Bankruptcy Court, S.D. California, San Diego Division, Chapter 7, Cause No. 11-11250-LT7). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a) (West 2004 & Supp. 2011); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event which allow the case to proceed. *See* Tex. R. App. P. 8.3(a).

Before Justices Puryear, Rose and Goodwin

Bankruptcy

Filed:   September 30, 2011